

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-15-00271-CV

**IN THE ESTATE OF JOHNNIE MAE KING, DECEASED**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2001-PC-1263
Honorable Kelly Cross, Judge Presiding

# O R D E R

Appellant Rowland J. Martin has filed a Motion to Vacate. Appellant's motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

_____
Keith E. Hottle
Clerk of Court